# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEMEIN PEREZ JARQUIN (15),<br><br>Defendant. | Case No. 19-CR-1274-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AS TO THIS DEFENDANT ONLY** |

Pending before the Court is the United States of America's motion to dismiss the indictment without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Semein Perez Jarquin (15).

**IT IS SO ORDERED.**

DATED: June 17, 2021

Hon. Cynthia Bashant
United States District Judge